# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# MARADONA

**Reg. No. 5,456,112**
**Registered May 01, 2018**
**Int. Cl.: 25, 28, 35, 38, 41, 43**
**Service Mark**
**Trademark**
**Principal Register**



Director of the United States
Patent and Trademark Office

SATTVICA S.A. (ARGENTINA sociedad anonima (sa))
Piso 22 Sector A, Departamento "3"
Rosario Vera Peñaloza 599
Ciudad Autonoma De Bue, ARGENTINA

CLASS 25: Bathing suits; Bathing trunks; Booties; Football boots; Football boots and studs therefor; Footwear; Headgear, namely, HATS AND CAPS; Pants; Running shoes; Shirts; Shorts; Socks; Sports shoes; Stockings; Tights; Athletic shorts; Athletic tights; Body stockings; Polo shirts; Sport shirts; Sport stockings; Sports pants; Sports shirts; T-shirts(Based on 44(d) Priority Application) Bathing suits; Bathing trunks; Booties; Football boots; Football boots and studs therefor; Footwear; Headgear, namely, HATS AND CAPS; Pants; Running shoes; Shirts; Shorts; Socks; Sports shoes; Stockings; Tights; Athletic shorts; Athletic tights; Body stockings; Polo shirts; Sport shirts; Sport stockings; Sports pants; Sports shirts; T-shirts

CLASS 28: Baseball gloves; Billiard balls; Billiard cues; Billiard tables; Body-building apparatus; Bowling bags; Bowling balls; Bowling pins; Boxing gloves; Christmas tree ornaments; Christmas tree ornaments and decorations; Fencing gloves; Gymnastic apparatus; Gymnastic horizontal bars; Gymnastic parallel bars; Gymnastic training stools; Gymnastic vaulting horses; Hockey sticks; Nets for sports; Punching bags; Scratch cards for playing lottery games; Shin guards for athletic use; Shin pads for athletic use; Skateboards; Skis; Surfboards; Toy cars; Trampolines; Video gaming consoles for playing computer games; Arcade-type electronic video games; Arcade-type electronic video games; Balance beams; Bingo cards; Board games; Exercise trampolines; Fencing gloves; Foosball tables; Foot balls; Game tables; Hand-held, non-electronic skill games; Horizontal bars; Lottery cards; Manually-operated exercise equipment for physical fitness purposes; Parallel bars; Play balls; Pommel horses; Stationary exercise bicycles; Tabletop games(Based on 44(d) Priority Application) Baseball gloves; Billiard balls; Billiard cues; Billiard tables; Body-building apparatus; Bowling bags; Bowling balls; Bowling pins; Boxing gloves; Christmas tree ornaments; Christmas tree ornaments and decorations; Fencing gloves; Gymnastic apparatus; Gymnastic horizontal bars; Gymnastic parallel bars; Gymnastic training stools; Gymnastic vaulting horses; Hockey sticks; Nets for sports; Punching bags; Scratch cards for playing lottery games; Shin guards for athletic use; Shin pads for athletic use; Skateboards; Skis; Surfboards; Toy cars; Trampolines; Video gaming consoles for playing computer games; Arcade-type electronic video games; Arcade-type electronic video games; Balance beams; Bingo cards; Board games; Exercise trampolines; Fencing gloves; Foosball tables; Foot balls; Game tables; Hand-held, non-electronic skill games; Horizontal bars; Lottery cards; Manually-operated exercise equipment for physical fitness purposes; Parallel bars; Play balls; Pommel horses; Stationary exercise bicycles; Tabletop games

CLASS 35: Advertising and promotional services; Advertising services; Auction services; Business management; Business management and enterprise organization consultancy; Commercial administration of the licensing of the goods and services of others; Direct mail

advertising services; Dissemination of advertising matter; Distribution of samples for publicity purposes; Distribution of prospectuses and samples; Fashion show exhibitions for commercial purposes; Import and export agencies; Outdoor advertising; Production of advertising films; Production of film and television advertising; Production of film and television advertising; Production of advertising films; Rental of advertisement space and advertising material; Telemarketing; Window dressing and display arrangement services; Window dressing services for advertising purposes; Advertisement and publicity services by television, radio, mail; Arranging and conducting business congresses; Arranging of auction sales; Carrying out auction sales; Commercial information agencies; Conducting of auction sales; Consultancy of personnel recruitment; On-line auction services; Personnel placement and recruitment; Provision of information and advice to consumers regarding the selection of products and items to be purchased; Shop window dressing(Based on 44(d) Priority Application) Advertising and promotional services; Advertising services; Auction services; Business management; Business management and enterprise organization consultancy; Commercial administration of the licensing of the goods and services of others; Direct mail advertising services; Dissemination of advertising matter; Distribution of samples for publicity purposes; Distribution of prospectuses and samples; Fashion show exhibitions for commercial purposes; Import and export agencies; Outdoor advertising; Production of advertising films; Production of film and television advertising; Production of film and television advertising; Production of advertising films; Rental of advertisement space and advertising material; Telemarketing; Window dressing and display arrangement services; Window dressing services for advertising purposes; Advertisement and publicity services by television, radio, mail; Arranging and conducting business congresses; Arranging of auction sales; Carrying out auction sales; Commercial information agencies; Conducting of auction sales; Consultancy of personnel recruitment; On-line auction services; Personnel placement and recruitment; Provision of information and advice to consumers regarding the selection of products and items to be purchased; Shop window dressing

CLASS 38: Broadcast of cable television programmes; Communication by electronic computer terminals; Communication via computer terminals, by digital transmission or by satellite; Communications by computer terminals; Telephone communication services; Telephony communication services; Television broadcasting; Cable television broadcasting; Cable television broadcasting services; Communication via optical fibre networks; Radio broadcasting; Telecommunications by e-mail; Television broadcasting; Transmission of news(Based on 44(d) Priority Application) Broadcast of cable television programmes; Communication by electronic computer terminals; Communication via computer terminals, by digital transmission or by satellite; Communications by computer terminals; Telephone communication services; Telephony communication services; Television broadcasting; Cable television broadcasting; Cable television broadcasting services; Communication via optical fibre networks; Radio broadcasting; Telecommunications by e-mail; Television broadcasting; Transmission of news

CLASS 41: Entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; Film production; Film and video film production; Film and video production; Holiday camp services; Organization of sports competitions; Physical education; Rental of sports grounds; Rental of stadium facilities; Soccer camps; Soccer instruction; Sports training services; Vocational guidance; Arranging and conducting educational congresses; Arranging of seminars; Conducting fitness classes; Educational and entertainment services, namely, providing motivational and educational speakers; Educational services, namely, conducting CLASSES for ORGANIZATIONS in the field of ENTERTAINMENT, EDUCATION, CULTURE and SPORTS; Information on education; Motion picture film production; Organization of seminars; Physical fitness conditioning classes; Providing sports facilities; Providing information relating to education services; Providing information relating to organizing community sporting and cultural activities, contests and games; Rental of tennis courts; Rental of stadium facilities

CLASS 43: Restaurant; Restaurant services; Restaurant and café services; Café and restaurant services; Making hotel reservations for others; Providing temporary accommodation; Rental of temporary accommodation(Based on 44(d) Priority Application) Restaurant; Restaurant services; Restaurant and café services; Café and restaurant services; Making hotel reservations for others; Providing temporary accommodation; Rental of temporary

accommodation

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA REG. NO. 2685923, DATED 09-24-2007, RENEWED AS REG. NO. 2685923, DATED 03-12-2018, EXPIRES 09-24-2027

PRIORITY CLAIMED UNDER SEC. 44(D) ON ARGENTINA APPLICATION NO. 3457425, FILED 11-16-2015

The name(s), portrait(s), and/or signature(s) shown in the mark identifies DIEGO ARMANDO MARADONA, whose consent(s) to register is made of record.

SER. NO. 86-860,529, FILED 12-29-2015